UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

**CARMELO ALICEA, et al.,**

        Plaintiff(s),        CASE NUMBER: 03-74992
                                        HONORABLE VICTORIA A. ROBERTS

v.

**THE CITY OF PONTIAC, et al.,**

        Defendant(s).
_____/

### ORDER OF DISMISSAL

The parties advised the Court that they settled the issues in dispute and wish to voluntarily dismiss this matter. Plaintiffs' Complaint is, hereby, DISMISSED WITH PREJUDICE, without costs or fees being assessed against either party. Plaintiffs' Motion for Reconsideration [Doc. 39] is deemed MOOT.

    **IT IS SO ORDERED.**

                                        S/Victoria A. Roberts_____
                                        Victoria A. Roberts
                                        United States District Judge

Dated: February 7, 2006

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on February 7, 2006.

s/Carol A. Pinegar_____
Deputy Clerk